April 8th 2021
Orion Skrzypiec
30 Shannon Ave
Tiverton, RI

To whom it may concern,

I am writing you this character reference in response to a request dated April 8th for Darren Benivides.

I have only known Darren for a short period of time, dating back only about a month at the time of writing this letter. The day Darren started he actually was not scheduled to come in at all. We were short staffed and asked him to come in two days before his originally scheduled first day. Without hesitation Darren eagerly came in to start and from that point on he has worked full time for us at 1-800-Got-Junk? Boston South. Since Darren started for us all I have heard as a manager is that every coworker and customer loved him. He would show up early for our designated start time and stay as late as he could, always asking for more appointments. When picking crews daily, Darren is often the first request due to his outstanding work ethic, leadership, and overall just being a good coworker.

Two of the last three weeks alone, Darren had worked more hours than any other employee. No matter the size of the job, no matter the conditions it seems as Darren excels at any task we could throw at him. I can say from the bottom of my heart that I could trust Darren with anything I could ever send his way. I believe if he was given an opportunity to do anything, Darren would accomplish it no matter the feat. Overall I think whatever act Darren committed, I do not think that represents who he truly is as a person.

Sincerely,

Orion Skrzypiec
Operations Manager
1-800-Got-Junk? Boston South

From: Tim Gagne
RE: Darren Benevides

April 16th, 2021

Dear Sir/Ma'am,

I am happy to write this letter on behalf of Darren Benevides. He came to work for us with an amazing attitude and outstanding work ethic from day one. Darren consistently shows up early to work and is the first to volunteer for not only the issues that need to be addressed immediately but also for anything extra that he may be able to help with.

Darren is a great team player who works well with all team members. He is a natural leader and also takes direction well. Our 25+ employees enjoy working with Darren and his positive attitude and energetic spirit are contagious.

Lastly, Darren has proven to be a trustworthy person. He goes in and out of our customers' homes and businesses multiple times a day and we have received nothing but positive feedback from the people he has served.

We are happy to have Darren as an employee and hope to hire more people like him.

Please feel free to contact me if you'd like to discuss anything that I've written above.


Tim Gagne

*(signature)*

1-800-GOT-JUNK?
General Manager
14 Roberts Road
Plymouth, MA 02360
Cell (508) 985-8317

Adam Martins

1800-GOT-JUNK

Team Truck Leader/Team Trainer

To whom it may concern,

    I have known Darren for a short period of time and for this time he has proven to be an exceptional employee. He is never late, shows up on time and regularly goes above and beyond the call of duty.
    He has been friendly, kind, and a perfect fit for our team. Our customers love him and he has proven time and time again to be a reliable employee and we hope to see him on our team for a long a time to come.

Sincerely,

Adam Martins

*am* — 4/17/21

Case 1:20-cr-10219-MLW   Document 82-1   Filed 04/20/21   Page 3 of 3